AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | US SOUTHERN DISTRICT OF OHIO | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CHIEF DIST JUDGE-ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 227
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-PERSONAL REPRESENTATIVE | ▮▮▮ ESTATE |
| 2. | EXECUTOR | ▮▮▮ ESTATE |
| 3. | GENERAL MANAGER | MILFORD ONE, LLC |
| 4. | BOARD MEMBER AND EXECUTIVE COMMITTEE MEMBER | YWCA |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KAYNE ANDERSON M LP INVESTMENT - RiverPoint Capital Mgmt | | None | M | T | Buy | 12/24/14 | M | | |
| 2. BOND - MIAMI UNIVERSITY OHIO GENERAL RECEIPTS REVENUE 2.0% | C | Interest | M | T | | | | | |
| 3. ACCENTURE PLC - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 10/14/14 | K | D | |
| 4. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% | D | Interest | M | T | | | | | |
| 5. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% | D | Interest | N | T | | | | | |
| 6. ORACLE CORPORATION - RiverPoint Capital Mgmt | A | Dividend | L | T | | | | | |
| 7. E VANCE INC FUND OF BOSTON - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 03/25/14 | L | C | |
| 8. CASH held in custodian at RiverPoint Capital Mgmt | | None | O | T | | | | | |
| 9. CASH held in custodian at RiverPoint Capital Mgmt | | None | K | T | | | | | |
| 10. Womens capital club partnership (2.43902% onwership) | | None | K | W | | | | | |
| 11. TORTOISE MLP & PIPELINE - RiverPoint Capital Mgmt | D | Dividend | M | T | | | | | |
| 12. EXPRESS SCRIPTS HOLDINGS COMPANY - RiverPoint Capital Mgmt | | None | | | Sold | 04/22/14 | J | A | |
| 13. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 14. BOND - PORTAGE COUNTY OHIO GENERAL OBLIGATION LTD 4.00% | D | Interest | | | Sold | 08/19/14 | N | D | |
| 15. AIR PRODUCTS AND CHEMICALS - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 16. CHEVRON CORP - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. MICROSOFT CORP - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 18. PEPSICO INC - RiverPoint Capital Mgmt | C | Dividend | M | T | | | | | |
| 19. JOHNSON FIXED INCOME FUND - RiverPoint Capital Mgmt | | None | | | Sold | 03/03/14 | N | D | |
| 20. BHP BILLITON LTD ADR (LINE 221) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/18/14 | J | | |
| 21. CONOCOPHILLIPS - RiverPoint Capital Mgmt | C | Dividend | L | T | | | | | |
| 22. VERA BRADLEY INC VRA - WF acct | | None | | | Sold | 04/10/14 | K | C | |
| 23. PROCTER & GAMBLE CO - RiverPoint Capital Mgmt | D | Dividend | M | T | | | | | |
| 24. CISCO SYSTEMS - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 04/23/14 | J | B | |
| 25. QUALCOMM, INC. - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 26. LEGG MASON, INC. - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 04/22/14 | J | B | |
| 27. EXXON MOBIL CORPORATION - RiverPoint Capital Mgmt | C | Dividend | L | T | | | | | |
| 28. JOHNSON & JOHNSON - RiverPoint Capital Mgmt | C | Dividend | M | T | | | | | |
| 29. BECTON, DICKSON AND COMPANY - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 30. IDEX - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 05/16/14 | L | E | |
| 31. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | A | Interest | | | Sold | 01/08/14 | M | D | |
| 32. OWENS & MINOR INC HOLDING COMPANY - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. MERCK & CO INC - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 03/27/14 | L | | |
| 34. PHILLIPS 66 (LINE 92) - RiverPoint Capital Mgmt | A | Dividend | | | Sold (part) | 05/16/14 | K | D | |
| 35. MARSH & MCLENNAN COMPANIES, INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy (add'l) | 03/27/14 | J | | |
| 36. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | B | Interest | | | Sold (part) | 06/02/14 | J | | |
| 37. AON PLC - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 06/12/14 | J | | |
| 38. PICKERINGTON OHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 39. APPLE INC - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 40. 3M COMPANY SHARES - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 41. CINCINNATI FINANCIAL CORP SHARES - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 42. DOMINION RESOURCES SHARES - RiverPoint Capital Mgmt | C | Dividend | M | T | | | | | |
| 43. EMERSON ELECTRIC COMPANY- RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 44. THORNBURG INTERNATIONAL (LINE 95)- RiverPoint Capital Mgmt | | None | | | Sold (part) | 03/25/14 | K | | |
| 45. RENAISSANCERE HOLDINGS - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 02/27/14 | L | | |
| 46. NORFOLK SOUTHERN CORPORATION - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 06/12/14 | J | B | |
| 47. BAKER HUGHES, INCORPORATED - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 04/15/14 | J | A | |
| 48. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 49. LINEAR TECHNOLOGY CORP - RiverPoint Capital Mgmt | A | Dividend | K | T | | | | | |
| 50. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | C | Interest | | | Sold | 02/18/14 | M | | |
| 51. ROYAL DUTCH SHELL PLC - RiverPoint Capital Mgmt | C | Dividend | L | T | | | | | |
| 52. ONEOK, INC. - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 03/17/14 | J | A | |
| 53. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - WF acct | B | Dividend | L | T | | | | | |
| 54. NESTLE A SPONSORED ADR - RiverPoint Capital Mgmt | B | Dividend | K | T | | | | | |
| 55. SCHLUMBERGER LTD - RiverPoint Capital Mgmt | | None | L | T | Buy | 12/11/14 | L | | |
| 56. PHILLIPS 66 - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 03/27/14 | J | B | |
| 57. RENAISSANCERE HOLDINGS LIMITED - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy (add'l) | 03/27/14 | J | | |
| 58. SAP AG - SPONSORED ADR - RiverPoint Capital Mgmt | | None | | | Sold | 03/17/14 | J | A | |
| 59. VANGUARD 500 INDEX FD ADMIRAL SHS - WF # | | None | | | Buy (add'l) | 11/05/14 | L | | |
| 60. PETROLEO BRASILEIRO - SA - Wells Fargo acct 8023-4349 | A | Dividend | | | Sold | 06/12/14 | J | | |
| 61. POLO RALPH LAUREN CORP - Wells Fargo acct 8023-4349 | A | Dividend | L | T | | | | | |
| 62. TATA MOTORS LTD - SPNS ADR - Wells Fargo acct 8023-4349 | A | Dividend | L | T | | | | | |
| 63. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | | | | | |
| 64. MASON OHIO GEN 4% DUE 12/021/20 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | | | | | |
| 66. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | | None | | | Sold (part) | 03/01/14 | J | | |
| 67. HOSPITALITY PROPERTIES REIT TRUST - Wells Fargo acct | A | Dividend | | | Sold | 04/10/14 | J | B | |
| 68. BORG WARNER INC - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 11/24/14 | L | | |
| 69. BORG WARNER INC - RiverPoint Capital Mgmt | | None | | | Buy (add'l) | 12/24/14 | K | | |
| 70. BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% | D | Interest | N | T | | | | | |
| 71. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% | D | Interest | M | T | | | | | |
| 72. KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% | D | Interest | M | T | | | | | |
| 73. TJX Companies INC - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 09/24/14 | L | | |
| 74. WALT DISNEY HOLDING CO - RiverPoint Capital Mgmt | | None | L | T | Buy | 12/05/14 | L | | |
| 75. WALGREEN COMPANY - RiverPoint Capital Mgmt | B | Dividend | M | T | | | | | |
| 76. DANAHER CORPORATION - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 77. VALLEY FORGE COMPOSITE TECHNOLOGY - Wells Fargo acct | | None | | | | | | | |
| 78. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 09/24/14 | L | | |
| 79. EMC CORPORATION - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 06/12/14 | J | A | |
| 80. UNIVERSITY OF TOLEDO OHIO REV 5.00% due 6/1/26 | D | Interest | M | T | | | | | |
| 81. POTASH CORP OF SASKATCH, INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy (add'l) | 03/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. PEPSICO INCORPORATED - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 83. NOVARTIS - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 84. JOHNSON & JOHNSON - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 85. PIMCO COMMODITY REAL RETURN STRAT FD - ML acct # | A | Dividend | K | T | | | | | |
| 86. PROLOGIS INC - Wells Fargo acct | A | Dividend | | | Sold | 04/10/14 | K | D | |
| 87. ALLERGAN INC - Wells Fargo acct | A | Dividend | L | T | | | | | |
| 88. POTASH CORP SASK INC - RiverPoint Capital Mgmt | B | Dividend | K | T | Buy | 03/27/14 | K | | |
| 89. CASH MERRILL LYNCH | A | Interest | M | T | | | | | |
| 90. APPLE INC - Wells Fargo acct | B | Dividend | M | T | | | | | |
| 91. MARSH & MCLENNAN COMPANIES, INC. - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 92. PHILLIPS 66 (LINE 34) - RiverPoint Capital Mgmt | | None | | | Sold | 09/03/14 | K | E | |
| 93. DANAHER CORPORATION - RiverPoint Capital Mgmt | A | Dividend | L | T | | | | | |
| 94. KNOWLES CORP (FORMERLY DOVER CORP) - RiverPoint Capital Mgmt | A | Dividend | K | T | Sold (part) | 03/27/14 | J | B | |
| 95. THORNBURG INTERNATIONAL (LINE 44) - RiverPoint Capital Mgmt | | None | | | Sold | 03/25/14 | K | | |
| 96. ORACLE CORPORATION - RiverPoint Capital Mgmt | A | Dividend | | | Sold | 10/28/14 | J | B | |
| 97. PRICELINE.COM INC - RiverPoint Capital Mgmt | | None | J | T | | | | | |
| 98. INVESCO LIMITED - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 10/14/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99.  PETMED EXPRESS INC - Wells Fargo acct ▮▮▮▮ (X) | A | Dividend | K | T | | | | | |
| 100.  CISCO SYSTEMS, INC. - RiverPoint Capital Mgmt ▮▮ | A | Dividend | | | Sold | 02/27/14 | K | B | |
| 101.  THORNBURG INTL VALUE- RiverPoint Capital Mgmt ▮▮ | | None | | | Sold | 04/04/14 | K | A | |
| 102.  CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt ▮▮ | | None | L | T | Buy | 12/17/14 | L | | |
| 103.  AT&T INC. - Wells Fargo acct▮▮▮ | B | Dividend | K | T | | | | | |
| 104.  QUALCOMM, INC. (LINE 120) - RiverPoint Capital Mgmt ▮▮ | | None | | | Sold | 10/28/14 | J | A | |
| 105.  WISDOMTREE EMERGING MARKETS SMALL CAP DIVIDEND FUND - RiverPoint Capit | | None | | | Sold | 02/27/14 | K | | |
| 106.  NORFOLK SOUTHERN CORP. - RiverPoint Capital Mgmt ▮▮ | A | Dividend | K | T | | | | | |
| 107.  JP MORGAN CHASE & CO - RiverPoint Capital Mgmt ▮▮ | A | Dividend | L | T | Buy | 05/16/14 | L | | |
| 108.  NATIONAL POWER CORP - ML acct ▮▮ | A | Interest | J | T | | | | | |
| 109.  PROCTER & GAMBLE CO - RiverPoint Capital Mgmt ▮▮ | A | Dividend | J | T | | | | | |
| 110.  VISA INC CL A - RiverPoint Capital Mgmt ▮▮ | A | Dividend | L | T | Buy | 05/16/14 | L | | |
| 111.  EMERSON ELECTRIC CO- RiverPoint Capital Mgmt ▮▮ | A | Dividend | J | T | | | | | |
| 112.  MICROSOFT CORPORATION - RiverPoint Capital Mgmt ▮▮ | A | Dividend | J | T | | | | | |
| 113.  NESTLE S A SPONSORED ADR - RiverPoint Capital Mgmt ▮▮ | A | Dividend | J | T | | | | | |
| 114.  ONEOK, INC. - RiverPoint Capital Mgmt ▮▮ | A | Dividend | | | Sold | 05/16/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 116. ONE GAS INC (LINE 117) - RiverPoint Capital Mgmt (X) | | None | | | | | | | |
| 117. ONE GAS INC (LINE 116) - RiverPoint Capital Mgmt | | None | | | Sold | 03/12/14 | J | A | |
| 118. CASH WELLS FARGO | A | Interest | K | T | | | | | |
| 119. COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES | D | Interest | N | T | | | | | |
| 120. QUALCOMM, INC. (LINE 104) - RiverPoint Capital Mgmt | A | Dividend | | | Sold (part) | 10/28/14 | J | A | |
| 121. ROYAL DUTCH SHELL - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy (add'l) | 03/27/14 | J | | |
| 122. UNION PACIFIC CORPORATION - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 123. WALT DISNEY CORPORATION - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 124. CVS CORPORATION - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 125. PERRIGO CO - RiverPoint Capital Mgmt | | None | L | T | Buy | 12/05/14 | L | | |
| 126. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - ML acct | B | Dividend | J | T | | | | | |
| 127. TORTOISE MLP & PIPELINE - RiverPoint Capital Mgmt | A | Dividend | J | T | | | | | |
| 128. CHEVRON CORP - RiverPoint Capital Mgmt | B | Dividend | L | T | | | | | |
| 129. HARTFORD CAP APPREC FD C - ML acct | E | Dividend | L | T | | | | | |
| 130. CSX CORP - Wells Fargo acct | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 131. GOOGLE INC CL A (LINE 138) - Wells Fargo acct | | None | K | T | | | | | |
| 132. LULULEMON ATHLETICA INC - Wells Fargo acct | | None | | | Sold | 06/12/14 | J | | |
| 133. F5 NETWORKS - RiverPoint Capital Mgmt ( | | None | | | Sold | 04/23/14 | J | A | |
| 134. SODASTREAM INTERNATIONAL LTD - Wells Fargo acct | | None | | | Sold | 10/16/14 | J | | |
| 135. ANTHEM INC (FORMERLY WELLPOINT INC) - Wells Fargo acct | A | Dividend | K | T | Sold (part) | 06/12/14 | K | D | |
| 136. GENERAL MILLS INC - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 137. APPLE INC (LINE 142) - RiverPoint Capital Mgmt | A | Dividend | | | Sold (part) | 02/27/14 | K | | |
| 138. GOOGLE INC CL C (LINE 131) - Wells Fargo acct (X) | | None | K | T | | | | | |
| 139. UNITED PARCEL SERVICE - RiverPoint Capital Mgmt | B | Dividend | L | T | Buy | 05/16/14 | L | | |
| 140. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | | None | | | Sold (part) | 09/02/14 | K | | |
| 141. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | | None | | | Sold | 12/01/14 | J | | |
| 142. APPLE INC (LINE 137) - RiverPoint Capital Mgmt | | None | | | Sold | 02/27/14 | K | | |
| 143. ALLIANZGI CONV AND INCOME FD II - ML acct # | B | Dividend | K | T | | | | | |
| 144. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt | | None | L | T | Buy | 12/17/14 | L | | |
| 145. XILINX INC - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 10/14/14 | K | | |
| 146. BLACKROCK GLOBAL ALLOCATION FUND INC C - ML acct | E | Dividend | N | T | Buy (add'l) | 05/08/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147. ASHLAND INC NEW ASH - WF acct # | A | Dividend | K | T | | | | | |
| 148. GENERAL ELECTRIC COMPANY GE - WF acct # | B | Dividend | K | T | | | | | |
| 149. ISHARES ET MSCI USA ESG SELECT KLD - WF acct | A | Dividend | K | T | | | | | |
| 150. UNDER ARMOR INC CLASS A UA - WF acct | | None | K | T | | | | | |
| 151. INDIAN RIVER CNTY FL SCH BOND - ML # | A | Interest | K | T | | | | | |
| 152. DELTA AIR LINES - ML # | A | Dividend | J | T | | | | | |
| 153. ALLIANCEBERNSTEIN NATION - ML | A | Dividend | J | T | | | | | |
| 154. BLACKROCK MUNI INC - ML | C | Dividend | K | T | | | | | |
| 155. DWS MUNICIPAL INCOME TR - ML | A | Dividend | J | T | | | | | |
| 156. INVESCO MUNICIPAL - ML # | A | Dividend | J | T | | | | | |
| 157. INVESCO ADVANTAGE MUNICIP - ML # | A | Dividend | J | T | | | | | |
| 158. INVESCO MUNICIPAL TRUST - ML # | A | Dividend | J | T | | | | | |
| 159. NUVEEN DIV ADV MUNI - ML # | C | Dividend | L | T | | | | | |
| 160. NUVEEN INS DIV ADV MINI FUND - ML # | A | Dividend | J | T | | | | | |
| 161. BLACKROCK CORP HY FND IV - ML | B | Dividend | K | T | | | | | |
| 162. VANGUARD 500 INDEX FD ADMIRAL SHS - WF # | C | Dividend | M | T | Sold (part) | 01/09/14 | M | D | |
| 163. VANGUARD 500 INDEX FD ADMIRAL SHS - WF # | | None | | | Sold (part) | 01/23/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 164. VANGUARD 500 INDEX FD ADMIRAL SHS - WF # | | None | | | Sold (part) | 03/03/14 | J | B | |
| 165. VANGUARD 500 INDEX FD ADMIRAL SHS - WF | | None | | | Sold (part) | 04/10/14 | K | C | |
| 166. GENERAL MILLS - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 167. GENERAL ELECTRIC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 168. 3M CO - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 169. AMERISOURCE BERGEN CORP - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 170. BOEING CO - RiverPoint Capital Mgmt | | None | | T | Buy | 12/26/14 | J | | |
| 171. BORG WARNER INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 172. CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 173. FISERV INC - RiverPoint Capital Mgmt | | None | J | T | Buy | 06/12/14 | J | | |
| 174. JP MORGAN CHASE & CO - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 175. KROGER CO - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 10/10/14 | J | | |
| 176. INVESCO LIMITED - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 177. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 178. MERCK & CO INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 03/27/14 | J | | |
| 179. MORGAN STANLEY GROUP INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 180. PERRIGO CO - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. SCHLUMBERGER LTD - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 182. SECTOR SPDR TECHNOLOGY SELECT SHARE - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 10/28/14 | J | | |
| 183. STRYKER CORP - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 184. TJX COMPANIES INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 185. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 05/02/14 | J | | |
| 186. UNITED HEALTH GROUP INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 187. VERIZON COMMUNICATIONS - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 188. VISA INC CLASS A - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 189. XILINX INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 190. OAKMARK INTERNATIONAL FUND - RiverPoint Capital Mgmt | B | Dividend | K | T | Buy | 03/13/14 | K | | |
| 191. FMC TECHNOLOGIES INC - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/26/14 | K | | |
| 192. CARNIVAL CORP - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/17/14 | K | | |
| 193. BANK OF AMERICA CORP - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/17/14 | K | | |
| 194. JB HUNT TRANSPORT SVCS - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/18/14 | K | | |
| 195. BP CAPITAL MARKETS PLC - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/14/14 | K | | |
| 196. GATX CORP - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 197. PARTNERRE 5.875% SERIES F - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 198. SUN TRUST BANK 5.875% SERIES - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/17/14 | K | | |
| 199. EATON VANCE FLOATING-RATE - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/13/14 | K | | |
| 200. PALMER SQUARE INCOME PLUS - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 03/13/14 | K | | |
| 201. ARTISAN MID CAP VALUE FUND - RiverPoint Capital Mgmt | B | Dividend | K | T | Buy | 03/25/14 | K | | |
| 202. FIRST EAGLE OVERSEAS - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 04/04/14 | K | | |
| 203. OPPENHEIMER DEVELOPING - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 04/11/14 | K | | |
| 204. SCHWAB U.S. LARGE-CAP ETF - RiverPoint Capital Mgmt | A | Dividend | K | T | Buy | 10/21/14 | J | | |
| 205. WISDOM TREE EUROPE HEDGED - RiverPoint Capital Mgmt | | None | K | T | Buy | 12/26/14 | K | | |
| 206. PEPSICO INC - RiverPoint Capital Mgmt | A | Dividend | J | T | Buy | 03/27/14 | J | | |
| 207. ARTISAN GLOBAL SAMLL CAP (LINE 208) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/13/14 | K | | |
| 208. ARTISAN GLOBAL SMALL CAP (LINE 207)- RiverPoint Capital Mgmt | | None | | | Sold | 12/22/14 | K | | |
| 209. MATTEL INC (LINE 210)- RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/27/14 | J | | |
| 210. MATTEL INC (LINE 209)- RiverPoint Capital Mgmt | | None | | | Sold | 10/10/14 | J | | |
| 211. MCDONALD'S CORP (LINE 212) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/17/14 | J | | |
| 212. MCDONALD'S CORP (LINE 211) - RiverPoint Capital Mgmt | | None | | | Sold | 09/24/14 | J | | |
| 213. ROGERS COMMUNICATION (LINE 214) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/17/14 | J | | |
| 214. ROGERS COMMUNICATION (LINE 213) - RiverPoint Capital Mgmt | | None | | | Sold | 09/24/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 215. NATIONAL OILWELL VARCO INC (LINE 216)- RiverPoint Capital Mgmt | A | Dividend | | | Buy | 04/15/14 | J | | |
| 216. NATIONAL OILWELL VARCO INC (LINE 215)- RiverPoint Capital Mgmt | | None | | | Sold | 12/26/14 | J | | |
| 217. ACCENTURE PLC CL A (LINE 218) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 04/23/14 | J | | |
| 218. ACCENTURE PLC CL A (LINE 217) - RiverPoint Capital Mgmt | | None | | | Sold | 10/10/14 | J | A | |
| 219. AMERICAN REALTY CAPITAL (LINE 220) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 04/08/14 | J | | |
| 220. AMERICAN REALTY CAPITAL (LINE 219) - RiverPoint Capital Mgmt | | None | | | Sold | 11/03/14 | J | | |
| 221. BHP BILLITON LTD ADR (LINE 20) - RiverPoint Capital Mgmt | | None | | | Sold | 12/23/14 | J | | |
| 222. MATTEL INC (LINE 223) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 03/27/14 | L | | |
| 223. MATTEL INC (LINE 222) - RiverPoint Capital Mgmt | | None | | | Sold | 10/14/14 | K | | |
| 224. MCDONALD'S COPR (LINE 225) - RiverPoint Capital Mgmt | B | Dividend | | | Buy | 02/27/14 | L | | |
| 225. MCDONALD'S COPR (LINE 224) - RiverPoint Capital Mgmt | | None | | | Sold | 09/24/14 | L | | |
| 226. MORGAN STANLEY GROUP - RiverPoint Capital Mgmt | A | Dividend | L | T | Buy | 05/16/14 | L | | |
| 227. ONE GAS INC (LINE 228) - RiverPoint Capital Mgmt | A | Dividend | | | Buy | 05/16/14 | J | | |
| 228. ONE GAS INC (LINE 227) - RiverPoint Capital Mgmt | | None | | | Sold | 05/13/14 | J | D | |
| 229. ROGERS COMMUNICATION (LINE 230) - RiverPoint Capital Mgmt | B | Dividend | | | Buy | 02/27/14 | L | | |
| 230. ROGERS COMMUNICATION (LINE 229) - RiverPoint Capital Mgmt | | None | | | Sold | 09/24/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 231. VERIZON COMMUNICATIONS (LINE 232) - RiverPoint Capital Mgmt | B | Dividend | L | T | Buy | 02/27/14 | L | | |
| 232. VERIZON COMMUNICATIONS (LINE 231) - RiverPoint Capital Mgmt | | None | | | Buy (add'l) | 12/17/14 | K | | |
| 233. GOOGLE INC CL C - RiverPoint Capital Mgmt | | None | L | T | Buy | 12/11/14 | L | | |
| 234. 3D SYS CORP - WF | | None | K | T | Buy | 04/10/14 | K | | |
| 235. NOW INC (LINE 236) - RiverPoint Capital Mgmt | | None | | | Buy | 04/10/14 | J | | |
| 236. NOW INC (LINE 235) - RiverPoint Capital Mgmt | | None | | | Sold | 06/16/14 | J | A | |
| 237. NETFLIX.COM INC - WF | | None | K | T | Buy | 10/16/14 | K | | |
| 238. WHOLE FOODS MARKET INC - WF | A | Dividend | L | T | Buy | 01/09/14 | L | | |
| 239. CHIPOTLE MEXICAN GRILL (LINE 240) - WF # | | None | | | Buy | 04/10/14 | K | | |
| 240. CHIPOTLE MEXICAN GRILL (LINE 239) - WF | | None | | | Sold | 09/17/14 | L | D | |
| 241. HALIBURTON CO - WF | A | Dividend | K | T | Buy | 01/09/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.43902%.

LINES 8, 9, 89, AND 118 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

PHILLIPS 66 IS REPORTED AT LINES 34 AND 92 AS THERE WAS A PARTIAL SALE AND ADDITIONAL SALE OF THE SECURITIY IN ITS' ENTIRITY IN TWO SEPARATE TRANSACTIONS IN 2014.

OHIO HOUSING FINANCY AGENCY MORTGAGE ORIGINALLY REPORTED ON LINE 36 WAS CALLED ON SEVERAL DATES THROUGHOUT 2014 AS DISCLOSED ON LINES 36, 66, 140, AND 141. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2014 ACTIVITY ON LINE 36 SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2014, AND THEREFORE, LINES 66, 140 AND 141 WERE ALSO USED. THE SECURITY WAS CALLED ON IN FULL IN 2014.

THORNBURG INTERNATIONAL IS REPORTED AT LINES 44 AND 95 AS THERE WAS A PARTIAL SALE AND ADDITIONAL SALE OF THE SECURITIY IN ITS' ENTIRITY IN TWO SEPARATE TRANSACTIONS IN 2014.

BORG WARNER IS REPORTED ON LINES 68 AND 69 AS THERE WAS A PURCHASE AND ADDITIONAL PURCHASE IN TWO SEPARATE TRANSACTIONS IN 2014.

VALLEY FORGE COMPOSITE TECHNOLOGY REPORTED ON LINE 77 WAS SHOWN AS HAVING NO BALANCE AT 12/31/14 AS THE SECURITY WAS DE-LISTED FROM THE STOCK EXCHANGE.

ONE GAS INC REPORTED ON LINES 116 AND 117 WAS INADVERTINATELY EXCLUDED FROM THE 2013 FDR FILING AS IT WAS NOT SHOWN ON THE STATEMENTS PROVIDED BY THE INVESTMENT COMPANY. THE ITEM WAS FOUND IN 2014 DUE TO THE SALE IN ITS' ENTIRITY IN 2014.

QUALCOMM INC IS REPORTED AT LINES 104 AND 120 AS THERE WAS A PARTIAL SALE AND ADDITIONAL SALE OF THE SECURITIY IN ITS' ENTIRITY IN TWO SEPARATE TRANSACTIONS IN 2014.

GOOGLE CL A VOTING WAS SPLIT IN 2014 INTO SHARES OF THE ORIGINAL CL A VOTING (LINE 131) AND THE NEW GOOGLE CL C NON-VOTING SHARES (LINE 138).

BHP BILLITON LTD ADR IS REPORTED ON LINES 20 AND 221 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

ARTISAN GLOBAL SMALL CAP IS REPORTED ON LINES 207 AND 208 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

MATTEL INC IS REPORTED ON LINES 209 AND 210 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

MCDONALD'S CORP IS REPORTED ON LINES 211 AND 212 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

ROGERS COMMUNICATION IS REPORTED ON LINES 213 AND 214 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

NATIONAL OIL WELL VARCO INC IS REPORTED ON LINES 215 AND 216 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

ACCENTURE PLC CL A IS REPORTED ON LINES 217 AND 218 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

AMERICAN REALTY CAPITAL IS REPORTED ON LINES 219 AND 220 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

MATTEL INC IS REPORTED ON LINES 222 AND 223 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

MCDONALD'S CORP IS REPORTED ON LINES 224 AND 225 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ONE GAS INC IS REPORTED ON LINES 227 AND 228 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

ROGERS COMMUNICATION IS REPORTED ON LINES 229 AND 230 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

NOW INC IS REPORTED ON LINES 235 AND 236 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY.

CHIPOTLE MEXICAN GRILL IS REPORTED ON LINES 239 AND 240 AS THERE WAS A PURCHASE AND SALE ON THE SERCURITY IN 2014. THE SECURITY WAS SOLD IN ENTIRITY. THE GAIN ON DISPOSAL IS LISTED WHEN SOLD (LINE 240).

VERIZON COMMUNICATIONS IS REPORTED ON LINES 231 AND 232 AS THERE WAS AN INITIAL PURCHASE AND AN ADDITIONAL PURCHASE IN TWO SEPARATE TRANSACTIONS IN 2014.

APPLE INC IS REPORTED AT LINES 137 AND 142 AS THERE WAS A PARTIAL SALE AND AN ADDITIONAL SALE OF THE SECURITIY IN ITS' ENTIRITY IN TWO SEPARATE TRANSACTIONS IN 2014.

LINE 94 WAS NAMED "DOVER CORPORATION" BUT THE NAME WAS CHANGED TO "KNOWLES CORPORATION" DURING 2014. THE NAME DISCLOSED ON LINE 94 IN THE 2014 FDR, THEREFORE, HAS BEEN CHANGED TO REFLECT THE NAME CHANGE.

LINE 135 WAS NAMED "WELLPOINT INC" BUT THE NAME WAS CHANGED TO "ANTHEM INC" DURING 2014. THE NAME DISCLOSED ON LINE 135 IN THE 2014 FDR, THEREFORE, HAS BEEN CHANGED TO REFLECT THE NAME CHANGE.

LINES 116 AND 117 IN THE 2013 FDR REPRESENTED TWO WHOLE LIFE INSURANCE POLICIES HAVING CASH SURRENDER VALUE IN 2012. IN 2013, THE FMV OF THESE LIFE INSURANCE POLICIES WAS REDUCED TO $0 TO PAY OFF THE REMAINING PREMIUMS. AS SUCH, THESE POLICIES WERE NOT DISCLOSED IN THE 2014 FDR.

LINES 162, 163, 164, 165 AND 59 ARE ALL ASSOCIATED WITH VANGUARD 500 INDEX FD ADMIRAL SHS AND REPORT ALL 2014 ACTIVITY FOR THIS MUTUAL FUND INVESTMENT. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2014 ACTIVITY ON LINE 162, SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2014, AND THEREFORE, LINES 163, 164, 165 AND 59 WERE ALSO USED. LINES 92, 95 AND 142 FROM THE 2013 FDR WHICH DISCLOSED VANGUARD ACTIVITY WERE NOT NEEDED IN 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/07/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544